COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-08-208-CV

 

IN THE INTEREST OF L.J.,
JR. 

AND
L.J., III, CHILDREN                                                                        

                                                    

                                                                                                        

                                               ----------

            FROM
THE 323RD DISTRICT COURT OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s AMotion
To Dismiss Appeal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

 

PER CURIAM

PANEL D:  DAUPHINOT, HOLMAN, and GARDNER, JJ.  

 

DELIVERED:  July 17, 2008 












[1]See Tex. R. App. P. 47.4.